IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH L. CHATMAN, EVELYN STEWARD, DOROTHY JEAN DODDS, and NANCY SHIREMAN, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT DELANEY as County Clerk of St. Clair County, Illinois, and ST. CLAIR COUNTY, ILLINOIS, <br><br> Defendants. | Civil No. **09-259-CJP** |

## CONSENT ORDER

This matter is before the court on plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction. **(Doc. 3)**. The motion is granted pursuant to the agreement of the parties.

Plaintiffs and defendants hereby agree to the following:

1. All early votes cast are presumed valid.

2. If an absentee voter received a letter requiring an appearance at a show cause hearing in front of Robert Delaney, and the voter cast an absentee ballot, the Office of the County Clerk of St. Clair County will make all reasonable effort to personally visit the voter before April 7, 2009, to verify residency. The Office of the County Clerk does not have to personally visit the absentee voter if it is satisfied that the absentee ballot is valid.

3. An explanatory letter will be sent to any recipient of a letter requiring an

1

appearance at a show cause hearing in front of Robert Delaney who had his or her registration cancelled. This will not include letters to individuals returned to the County Clerk as undeliverable. The language of the letter is as follows:

"Dear _____:

This letter is to clear up any misunderstanding. You previously received a letter from my office dated March 26, 2009. You have the right to appear and vote at your polling place on April 7, 2009, if you are qualified to do so."

DATE: April 3, 2009.

IT IS SO ORDERED.

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**

John J. Driscoll
Attorney for Plaintiffs

Alvin C. Paulson
Attorney for Defendants